PROB 35A

**Order Vacating Term of Supervised Release and
Closing Case Due to Notice of Death**

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

**FILED**

SEP 19 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY 
DEPUTY CLERK

United States of America )
)
vs. )
) Docket Number: 2:02-CR-00190 MCE
Albert Garcia Sr )
)

On October 21, 2003, the above-named defendant was sentenced to 90 months prison with a 60 month term of supervised release to follow. On September 17 2008, our office was notified by the Bureau of Prisons that Mr. Garcia died on November 6, 2006. This was confirmed by Andrew Avery, Deputy Coroner on April 2, 2007 (attached is a copy of the Certificate of Death).

It is accordingly recommended that this case be closed.

Respectfully submitted,

/s/ k meusling

KAREN A. MEUSLING
Supervising United States Probation Officer

**ORDER OF COURT**

It is ordered that this case be closed this 19th day of September, 19 2008

Morrison C. England, Jr.
United States District Judge

Attachment

cc: United States Attorney's Office & Flu Unit
Federal Defender's Office
U.S. District Court - Financial Section

Rev. 7/98
PROB35A.MRG